# United States Court of Appeals

## For the Eighth Circuit

_____

No. 13-3117

_____

Bruce Luther

*Plaintiff - Appellant*

v.

American National Bank of Minnesota; Johnston Law Office; Scott T. Johnston

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: April 2, 2014
Filed: April 28, 2014
[Unpublished]

_____

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Bruce Luther appeals the district court's[1] adverse grant of judgment on the pleadings, which resulted in the dismissal of all of his claims in his pro se civil complaint citing 42 U.S.C. §§ 1983 and 1985(3).  Upon careful de novo review, see Ashley Cnty., Ark. v. Pfizer, Inc., 552 F.3d 659, 665 (8th Cir. 2009) (standard of review), we agree with the district court that Luther failed to state a viable claim, see Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (complaint must contain sufficient factual matter, accepted as true, to state claim to relief that is plausible on its face; factual content must allow court to draw reasonable inference of liability); see also Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (though pro se complaints are to be construed liberally, they still must allege facts to support claims advanced).

Accordingly, we affirm.  See 8th Cir. R. 47B.  We also deny Luther's pending motions.

_____

[1] The Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).